■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSTON MOORE, Appellant, v MARVIN WILLIAMS, as Superintendent of Gowanda Correctional Facility, Respondent. [719 NYS2d 921] —Judgment unanimously affirmed without costs. Memorandum: Because the final parole revocation hearing was held "within ninety days of the probable cause determination" (Executive Law § 259-i [3] [f] [i]), Supreme Court properly denied the petition seeking a writ of habeas corpus (*see, People ex rel. Gray v Campbell,* 241 AD2d 723; *People ex rel. Ruiz v Leonardo,* 175 AD2d 964). Contrary to petitioner's contention, "[t]here is no requirement that the decision on the hearing be received by the parolee within the 90-day period" (*People ex rel. Haskins v Waters,* 87 AD2d 657; *see, People ex rel. Tyler v Travis,* 269 AD2d 636, 636-637). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.